UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TORIN SHOVER, | : | |
| Plaintiff | : | CIVIL ACTION NO. 3:20-1465 |
| v. | : | (JUDGE MANNION) |
| READING ANTHRACITE COMPANY, | : | |
| | : | |
| Defendant | | |
| | : | |

## O R D E R

Pending before the court is the plaintiff's motion to consolidate the above-captioned matter with <u>Reading Anthracite Company, Inc. v. T & E Welding, Inc.</u>, Civil Action No. 3:20-323. (Doc. 6). Upon review of the motion and related materials, **IT IS HEREBY ORDERED THAT:**

**(1)** The motion to consolidate **(Doc. 6)** is **GRANTED** to the extent that the above-captioned matter is consolidated with Civil Action No. 3:20-323 for purposes of discovery only.

**(2)** All counsel in the consolidated matters are to confer and provide the court with an agreed upon stipulation setting forth appropriate case management discovery dates on or before **February 17, 2021**.

*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**DATE: January 26, 2021January 27, 2021**
20-1465-02